IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
THOMASVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **v.** : | |
| : | Criminal Action No. |
| **ULYSSES DANIELS,** : | 6:04-CR-2(HL) |
| : | |
| **Defendant.** : | |

# ORDER

This Court entered an Order (Doc. 343) on July 2, 2009, that denied two Motions for Reduction of Sentence (Docs. 329, 340) filed by Defendant. Currently pending are three other identical Motions for Reduction of Sentence (Docs. 330, 339, 341) filed by Defendant. These remaining Motions should have been denied in the July 2nd Order, but were not. For the reasons stated in the July 2nd Order, Defendant's remaining Motions for Reduction of Sentence are denied. In addition, Defendant's Motion for Appointment of Counsel (Doc. 325) is denied as moot because the Court appointed counsel to represent him on his Motions for Reduction of Sentence. (Doc. 337, Order Appointing Counsel.)

**SO ORDERED**, this the 27th day of July, 2009.

*s/   Hugh Lawson*
**HUGH LAWSON, Judge**

dhc

1